DEFENDANT:  EVER VALENZUELA-RAMOS

AGE/YOB:   1988

COMPLAINT   _____ Yes ___X____ No
FILED?

       If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes __ No

OFFENSE(S):  **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

       **Count 43:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

       **Count 42:**  18 U.S.C. § 1952(a)(3)(A); Travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity

LOCATION OF Denver County; Denver, Colorado
OFFENSE:

PENALTY:   **Count 1**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

       **Count 43**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**<u>Count 42</u>**
NMT 5 years in prison
At least 3 years of supervised release
$250,000.00 fine
$100 Special Assessment

<u>AGENT</u>:         Michael Gutke
                 Special Agent, Drug Enforcement Administration

<u>AUTHORIZED</u>     Stephanie Podolak
<u>BY</u>:            Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

<u>   </u> five days or less; __X_ over five days

<u>THE GOVERNMENT</u>

<u> X </u> will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.